# EXHIBIT 2

DocuSign Envelope ID: 8F5A06DA-C5A2-42BC-B6BB-B94B48A9069C

## FullContact Client Order Form Number: 0060c00001QjZxn



| Sold To: | | Bill To: | |
|---|---|---|---|
| Legal Entity: | Pipl, Inc. | Billing Contact: | Pazit Dishon |
| Address: | 510 S. Clearwater Loop, Suite 101 Post Falls, Idaho 83854 | Billing Address: | To be entered by Client in https://portal.fullcontact.com |
| Email: | pazit.dishon@pipl.com | Billing Email: | pazit.dishon@pipl.com |
| Phone: | (866) 558-2754 | Billing Phone: | (866) 558-2754 |

| Order Information: | | | |
|---|---|---|---|
| FullContact Rep: | Paul Fox | Customer Success Manager: | TBD |
| Purpose of Order: | Replace Existing Order | Effective Date: | November 1, 2018 |
| Initial Term: | 3 Months | Expiration Date: | January 31, 2019 |
| Total Fee: | Variable | Payment Schedule: | Monthly |
| Discount Applied: | 82% | Total Payable: | Variable |
| Payment Method: | Credit Card | | |
| Approved Use Case(s): | Client will display and resell raw FullContact Data or derived data to End Users in Client Application, "Pipl," which is a people search engine that connects publicly available online and offline information from millions of sources. Businesses can search with any parameter (like name, email address, phone number or social username) to find everything about a person, including personal, professional, demographic, and contact information. Neither Client nor its End Users shall use FullContact data or derived data for identity resolution or modeling purposes beyond linkages from email addresses or phone numbers to social network IDs. | | |

| No. | Product / Service | Volume / Units | Period | Rate Limit | Price Per Match |
|---|---|---|---|---|---|
| 1 | Person API | Unlimited | Month | 60 Queries/Second | N/A |

**Legal Terms:** This Order Form is executed by and between FullContact, Inc., ("FullContact") and Pipl, Inc. ("Client"). In addition to the terms and conditions contained herein, Client acknowledges and agrees that all use of the FullContact Data shall be subject to and form an integral part of the FullContact Services Agreement (the "Agreement") found at https://www.fullcontact.com/services-agreement. Capitalized terms used in this Order Form, but not otherwise defined, will have the meaning set forth in the Agreement.

**Payment Terms:** On the Effective Date of this Order Form, and on the first day of each month thereafter, FullContact will charge Client's credit card for the fees indicated above. The fees indicated above are effective for the Initial Term of this Order. Thereafter, FullContact may change any of the fees indicated above, with such changes being effective at the conclusion of the then-current term, by providing Client with notice of such fees at least thirty (30) days prior to the end of the then-current term. For payments made by credit card, Client must enter credit card into Client's account at https://portal.fullcontact.com. Client agrees to a monthly payment to FullContact per match as set forth in the pricing tiers below, but in any event not less than $5,000 per month. All pricing is based on Matches as per Client's records (as defined below in Additional Terms). The price per Match will be the lowest of the following pricing tiers and will based on Client's usage during the calendar month (i.e., all Matches during the relevant month will be billed at the same price per Match): Up to 5 million Matches shall be billed at $0.0022 per Match. Above 5 million Matches shall be billed at $0.0015 per Match. Above 10 million Matches shall be billed at $0.0009 per Match. Above 20 million Matches shall be billed at $0.00073 per Match. Above 30 million Matches shall be billed at $0.00065 per Match.

**Additional Terms:** Client and its End Users may store the data returned by the API for short term use as long as the storage period that will not surpass 60 days ("Cache Period"). Upon termination of the permitted Cache Period Client and its End Users shall irrecoverably delete any and all data Client has received from the FullContact Service or the API. With each payment, Client will include a report describing how the payment was determined, including, without limitation the number of queries received for each API Key and the number of Completed Customer Data responses delivered in return for such queries ("Matches") and accessed by each API Key. Upon thirty (30) days written notice, FullContact will have the right to have a mutually agreeable independent audit firm, under duties of confidentiality, inspect Client's records relating to the payment and collection of fees hereunder to ensure compliance with the terms of this Agreement. The audit will be performed during normal business hours. The costs of the audit will be paid by FullContact, unless the audit reveals an underpayment of fees which exceeds 10%, in which case Client shall reimburse FullContact for the reasonable cost of the audit. Any amounts shown by any such audit to be owing to either party, plus interest, shall be paid immediately. Such audit will be conducted no more than twice in any one-year period.

DocuSign Envelope ID: 8F5A06DA-C5A2-42BC-B6BB-B94B48A9069C

FullContact Client Order Form Number: 0060c00001QjZxn



AGREED TO:
Client: Pipl, Inc.

By: _Garth B. Moulton_____
DocuSigned by: FBDFF81B2D25482...

Name: _Garth B. Moulton_____

Title: _SVP Business Development_____

Date: _2018-10-15_____

AGREED TO:
FullContact, Inc.

By: _Rushton McGarr_____
DocuSigned by: 3E389D75C5424D6...

Name: _Rushton McGarr_____

Title: _Chief Financial Officer_____

Date: _2018-10-15_____

FullContact Order Form v09072018                    Internal Use Only: Sales _____ Services _____ Legal _____