# EXHIBIT 3

FullContact Client Order Form Number: 0060c00001TCYsu



| Customer Information | | | |
|---|---|---|---|
| Legal Entity: | Pipl, Inc. | Billing Contact: | Pazit Dishon |
| Contact & Email: | Garth Moulton, garth.moulton@pipl.com | Billing Email: | pazit.dishon@pipl.com |
| Phone: | (866) 558-2754 | Billing Phone: | (866) 558-2754 |
| Shipping Address: | 510 S. Clearwater Loop, Suite 101 Post Falls, Idaho 83854 | Billing Address: | To be entered by Client in https://portal.fullcontact.com |
| Order Information: | | | |
| FullContact Rep and Email: Solutions Rep and Email: | Paul Fox paul.fox@fullcontact.com Amanda Sime amanda.sime@fullcontact.com | Effective Date: | February 1, 2019 |
| Initial Term: | 1 Month | Expiration Date: | February 28, 2019 |
| Purpose of Order: | New Order | Payment Method: | Credit Card |

**Payment Terms:** On the Effective Date of this Order Form, FullContact will charge Client's credit card for the fees indicated above. The fees indicated above are effective for the Initial Term of this Order. For payments made by credit card, Client must enter credit card into Client's account at https://portal.fullcontact.com. Client agrees to a monthly payment to FullContact per match as set forth in the pricing tiers below, but in any event not less than $5,000 per month. All pricing is based on Matches as per Client's records (as defined below in Additional Terms). The price per Match will be the lowest of the following pricing tiers and will based on Client's usage during the calendar month (i.e., all Matches during the relevant month will be billed at the same price per Match): Up to 5 million Matches shall be billed at $0.0022 per Match. Above 5 million Matches shall be billed at $0.0015 per Match. Above 10 million Matches shall be billed at $0.0009 per Match. Above 20 million Matches shall be billed at $0.00073 per Match. Above 30 million Matches shall be billed at $0.00065 per Match.

| | Product / Service | Volume / Units | Period | Rate Limit | Rate | Amount |
|---|---|---|---|---|---|---|
| | Person API (v2) | Unlimited | Month | 60 Queries / Second | N/A | |
| **List Price:** | | | | | | Variable |
| **Total Fee:** | | | | | | Variable |

| Terms and Signatures | |
|---|---|
| **Permitted** Use Case(s): | Client will display and resell raw FullContact Data or derived data to End Users in Client Application, "Pipl," which is a people search engine that connects publicly available online and offline information from millions of sources. Businesses can search with any parameter (like name, email address, phone number or social username) to find everything about a person, including personal, professional, demographic, and contact information. Neither Client nor its End Users shall use FullContact data or derived data for identity resolution or modeling purposes beyond linkages from email addresses or phone numbers to social network IDs. |

**Legal Terms:** This Order Form is executed by and between FullContact, Inc., ("FullContact") and Pipl, Inc. ("Client"). In addition to the terms and conditions contained herein, Client acknowledges and agrees that all use of the FullContact Data shall be subject to and form an integral part of the FullContact Services Agreement (the "Agreement") found at https://www.fullcontact.com/services-agreement. Capitalized terms used in this Order Form, but not otherwise defined, will have the meaning set forth in the Agreement.

**Additional Terms:** This Order Form expires if not executed before January 31, 2019. Client and its End Users may store the data returned by the API for short term use as long as the storage period that will not surpass 60 days ("Cache Period"). Upon termination of the permitted Cache Period Client and its End Users shall irrecoverably delete any and all data Client has received from the FullContact Service or the API. With each payment, Client will include a report describing how the payment was determined, including, without limitation the number of queries received for each API Key and the number of Completed Customer Data responses delivered in return for such queries ("Matches") and accessed by each API Key.



AGREED TO:
Client: Pipl, Inc.

By: _Garth Moulton_
FBDFF81B2D25482...

Name: Garth Moulton

Title: SVP Business Development

Date: 2019-01-16

AGREED TO:
FullContact, Inc.

By: _Rushton McGarr_
3E389D79C5424D6...

Name: Rushton McGarr

Title: Chief Financial Officer

Date: 2019-01-21

Internal Use Only: Sales _____ Services _____ Legal _____

